# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Rachad Lamar Robinson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00403-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| John Herring, et al**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2019 Order.

September 23, 2019

_Frank G. John_

Frank G. Johns, Clerk
United States District Court